IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISA ZUNIGA,

        Plaintiff,

v.                                                 CV No. 20-487 KG/CG

TRUEACCORD,

        Defendant.

### ORDER VACATING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record. Upon receipt of the *Plaintiff's Acceptance of Defendant's Rule 68 Offer* (the "Notice"), (Doc. 9), filed on September 29, 2020, the Court shall vacate the Telephonic Rule 16 Scheduling Conference scheduled for Wednesday, October 14, 2020.

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference scheduled for Wednesday, October 14, 2020, at 2:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE