IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISA ZUNIGA,

        Plaintiff,

v.                                                                                                  CV No. 20-487 KG/CG

TRUEACCORD,

        Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. Upon filing of the *Plaintiff's Acceptance of Defendant's Rule 68 Offer* (the "Notice"), (Doc. 9), on September 29, 2020, Plaintiff informed the Court of the parties' full resolution of the issues in this matter.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **October 30, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE