IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISA ZUNIGA,

        Plaintiff,

v.                                                                    CV No. 20-487 KG/CG

TRUEACCORD,

        Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND
## DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time to Submit Closing Documents*, (the "Motion"), (Doc. 12), filed October 29, 2020. In the Motion, the parties request a 31-day extension to submit closing documents "so that the payment of settlement funds can be completed prior to submitting those documents." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 30, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE