## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

MARISA ZUNIGA,

        Plaintiff(s),

vs.                                    Cause No. 2:20-cv-00487-KG/CG

TRUEACCORD,

        Defendant.

### JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

    Plaintiff Marisa Zuniga and Defendant TrueAccord jointly move the Court to dismiss Plaintiff's Complaint and all claims which were or could have been brought in this matter, with prejudice. The Parties have resolved all matters in controversy between them, and therefore respectfully request that the Court enter the Parties' Stipulated Order of Dismissal With Prejudice. Each party will bear its own costs and attorney's fees.

        Respectfully Submitted,

        **MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

        By:   */s/ Jennifer G. Anderson*
              Jennifer G. Anderson
              J. Adam Wright
              500 Fourth Street NW, Suite 1000
              Albuquerque, New Mexico  87102
              Tel: (505) 848-1800
              *jga@modrall.com*
              *awright@modrall.com*
              *Attorneys for Defendant TrueAccord*

        **MARCUS ZELMAN, LLC**

        By:  *Electronic Approval 11/16/20*
              Yitzchak Zelman
              701 Cookman Avenue, Suite 300
              Asbury Park, NJ 07712
              Tel: (732) 695-3282
              yzelman@marcuszelman.com
              *Attorneys for Plaintiff*