IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISA ZUNIGA,

      Plaintiff,

vs.                                        Cause No. 2:20-cv-00487-KG/CG

TRUEACCORD,

      Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Motion to Dismiss Plaintiff's Complaint with Prejudice. The Court, having considered the Motion and being informed that the Parties have reached agreement and resolved all disputed matters between them, finds that the Motion is well taken and should be GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff Marisa Zuniga's Complaint and all claims made or which could have been made against Defendant TrueAccord are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

By: */s/ Jennifer G. Anderson*
Jennifer G. Anderson
J. Adam Wrigh
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87102
Tel: (505) 848-1800
*jga@modrall.com*
*awright@modrall.com*
*Attorneys for Defendant TrueAccord*

**MARCUS ZELMAN, LLC**

By:  *Electronic Approval 11/16/20*
Yitzchak Zelman
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
*yzelman@marcuszelman.com*
*Attorneys for Plaintiff*